Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for PAUL WASSGREN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT G. MAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BENJAMIN CHARLES MOHR, an individual; BEN MOHR, INC., a corporation; PAUL RANDALL WASSGREN, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 20-cv-07719-LB<br><br>**DEFENDANT PAUL WASSGREN'S AMENDMENT TO NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |

On November 2, 2020, defendant Paul Wassgren removed the instant action from San Mateo Superior Court. Dkt. 1. Per the requirements of 28 U.S.C. § 1446(a), Mr. Wassgren attached to his Notice of Removal copies "of all process, pleadings, and orders" served in

1  Superior Court that were known to him at the time of removal.  However, subsequent to that
2  filing, undersigned counsel learned the Superior Court had issued a Case Management Order on
3  November 2, 2020 as well.  Mr. Wassgren therefore files this Amendment to his Notice of
4  Removal to provide this Court with the Case Management Order issued by the Superior Court.
5  Attached hereto as **Exhibit 1** is a true and correct copy the Superior Court's November 2 Case
6  Management Order.

Respectfully submitted,

Dated: November 4, 2020

 /s/ *Edward W. Swanson*
Edward W. Swanson
Britt Evangelist
SWANSON & McNAMARA LLP
Attorneys for Defendant PAUL
WASSGREN